# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CIVIL APPEAL INFORMATION STATEMENT

**COUNSEL FOR APPELLANT**: This statement is due to be filed with the Clerk of the Court of Appeals not later than 14 days from the docketing of the notice of appeal.

SHORT CAPTION WITH IDENTITY OF APPELLANT:
Vanessa Sherod, et al. v. Comprehensive Healthcare Management Services, LLC, et al.

APPEAL FROM DISTRICT COURT:
District: Western District of Pennsylvania
D.C. Docket No.: 2:20-cv-01198-AJS
Date proceedings initiated in D.C.: 8/12/20
Date Notice of Appeal filed: 11/06/20
USCA No.: 20-3287

## COUNSEL ON APPEAL

**Appellant(s)**: Comprehensive Healthcare Management Services, LLC, d/b/a Brighton Rehabilitation and Wellness Center
Name of Counsel: Jeffry A. Miller
Name of Party(ies): Comprehensive Healthcare Management Services, LLC, d/b/a Brighton Rehabilitation and Wellness Center
Address: Lewis Brisbois Bisgaard & Smith, LLP, 550 West C. Street, Suite 1700, San Diego, CA 92101
Telephone No.: 619.699.4971
Fax No.: 619.233.8627
E-mail: Jeff.Miller@lewisbrisbois.com

**For Appellee(s)**: *List only the names of parties and counsel who will oppose you on appeal
Name of Counsel: David L. Kwass, Elizabeth A. Bailey and Robert J. Mongeluzzi
Name of Party(ies): Vanessa Sherod, as administrator of the Estate of Elizabeth Wiles, and in her own right
Address: Saltz, Mongeluzzi, Barrett & Bendesky, P.C., 1650 Market Street, 52nd Floor, Philadelphia, PA 19103
Telephone No.: 215.496.8282
Fax No.: 215.496.0999
E-mail: dkwass@smbb.com, ebailey@smbb.com, rjmongeluzzi@smbb.com

Name of Counsel:
Name of Party(ies):
Address:
Telephone No.:
Fax No.:
E-mail:

Is this a Cross-Appeal?  Yes ☐  No ☑
Appeals Docket No.:

Was there a previous appeal in case?  Yes ☐  No ☑
If yes, Short Title:
Appeals Docket No.:
Citation, if reported:

To your knowledge is there any case now pending or about to be brought before this Court or any other court or administrative agency which:

a) Arises from substantially the same case or controversy as this appeal? Yes ☒ No ☐
b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?
Yes ☒ No ☐

If you answered yes to either "a" or "b" please provide:
Case Name: Please see Attachment A.
D.C. Docket No.:_____
Court or Agency:_____
Docket Number:_____
Citation, if reported:_____

## NATURE OF SUIT
**(Check as many as apply)**

1. FEDERAL STATUTES
☐ ANTITRUST
☐ BANKRUPTCY
☐ BANKS & BANKING
☐ CIVIL RIGHTS
☐ COMMERCE, ROUTES, AND TARIFFS
☐ COMMODITIES
☐ COMMUNICATIONS
☐ CONSUMER PROTECTION
☐ COPYRIGHT
☐ PATENT
☐ TRADEMARK
☐ ELECTION
☐ ENERGY
☐ ENVIRONMENTAL
☐ FOIA FREEDOM OF INFORMATION
☐ IMMIGRATION
☐ LABOR
☐ OSHA
☐ SECURITIES
☐ SOCIAL SECURITY
☐ TAX
☐ EQUAL ACCESS TO JUSTICE
☐ OTHER Specify:_____

2. TORTS
☐ ADMIRALTY

☐ ASSAULT/DEFAMATION
☐ PRODUCT LIABILITY/WARRANTY
☐ DIVERSITY
☒ OTHER Specify: negligence, misrepresentation, wrongful death

3. CONTRACTS
☐ ADMIRALTY/MARITIME
☐ ARBITRATION
☐ COMMERCIAL
☐ EMPLOYMENT
☐ INSURANCE
☐ NEGOTIABLE DISBURSEMENTS
☐ OTHER Specify:_____

4. PRISONER PETITIONS
☐ CIVIL RIGHTS
☐ VACATE SENTENCE 2255
☐ HABEAS CORPUS 2254
☐ HABEAS CORPUS 2241 MANDAMUS/
☐ PROHIBITION
☐ OTHER Specify:_____

5. OTHER
☐ FORFEITURE
☐ CIVIL GRAND JURY
☐ TREATY Specify:_____
☐ OTHER Specify:_____

This is to certify that this civil appeal information statement was filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record this 24 day of November, 2020.

Signature of Counsel: /s/ Jeffry A. Miller

# ATTACHMENT A TO CIVIL APPEAL INFORMATION STATEMENT

Case Name: *Estate of Joseph Maglioli, et al. v. Alliance Holdings, LLC, et al.*
Third Circuit Court of Appeals Docket Number: 20-2833 (consolidated for all purposes with *Estate of Wanda Kaegi, et al. v. Alliance HC Holdings LLC, et al.*, Number 20-2834 )

Case Name: *Estate of Wanda Kaegi, et al. v. Alliance HC Holdings LLC, et al.*
Third Circuit Court of Appeals Docket Number: 20-2834
(consolidated for all purposes with *Estate of Joseph Maglioli, et al. v. Alliance Holdings, LLC, et al.*, Number 20-2833)

Case Name: *Anson v. HCP Prairie Village KS OPCO LLC, et al.*
U.S.D.C. District of Kansas Docket Number: 20-cv-2346

Case Name: *Beal v. The Waterford at College Station, et al.*
U.S.D.C. Southern District of Texas Docket Number: 20-cv-2956

Case Name: *Begay v. Life Care Centers of America, Inc., et al.*
U.S.D.C. of New Mexico Docket Number: 20-cv-958

Case Name: *Bolton v. Gallatin Center for Rehabilitation & Healing, LLC*
U.S.D.C. Middle District of Tennessee Docket Number: 20-cv-683

Case Name: *Boothe v. The Waterford at College Station, et al.*
U.S.D.C. Southern District of Texas Docket Number: 20-cv-2953

Case Name: *Bouren v. Life Care Centers of America, Inc., et al.*
U.S.D.C. of New Mexico Docket Number: 20-cv-961

Case Name: *Brady v. SSC Westchester Operating Co., LLC*
U.S.D.C. Northern District of Illinois Docket Number: 20-cv-4500

Case Name: *Bramblett v. Life Care Centers of America, Inc., et al.*
U.S.D.C. of New Mexico Docket Number: 20-cv-1128

Case Name: *Brown v. Life Care Centers of America, Inc., et al.*
U.S.D.C. of New Mexico Docket Number: 20-cv-1129

Case Name: *Carabello v. Brentwood Nursing*

U.S.D.C. Northern District of Texas Docket Number: 20-cv-2909

Case Name: *Chapman v. Alaris Health*
New Jersey Superior Court, Hudson County Docket Number: HUD-L-001583-20

Case Name: *Davis v. Life Care Centers of America, Inc., et al.*
U.S.D.C. of New Mexico Docket Number: 20-cv-962

Case Name: *Davis v. State of New Jersey, et al.*
New Jersey Superior Court, Middlesex County Docket Number: MID-L-4229-20

Case Name: *Deck v. Life Care Centers of America, Inc., et al.*
U.S.D.C. of New Mexico Docket Number: 20-cv-1149

Case Name: *Duggins v. Life Care Centers of America, Inc., et al.*
U.S.D.C. of New Mexico Docket Number: 20-cv-1083

Case Name: *Dupervil v. Alliance Health Operations*
New York Supreme Court, Kings County Docket Number: 507780/2020

Case Name: *Ellingson v. Life Care Centers of America, Inc., et al.*
U.S.D.C. of New Mexico Docket Number: 20-cv-1130

Case Name: *Elliot v. Town East Healthcare, Inc., et al.*
U.S.D.C. Northern District of Texas Docket Number: 20-cv-3185

Case Name: *Esposito v. Parker Jewish Institute for Healthcare and Rehabilitation*
New York Supreme Court, Queens County Docket Number: 709908/2020

Case Name: *Fields v. Arbor Terrace at Cascade, LLC et al.*
U.S.D.C. Northern District of Georgia Docket Number: 20-cv-2346

Case Name: *Flowers v. Life Care Centers of America, Inc., et al.*
U.S.D.C. of New Mexico Docket Number: 20-cv-963

Case Name: *Gibbs v. Southeast SNF LLC*
U.S.D.C. Western District of Texas Docket Number: 20-cv-1333

Case Name: *Gonzalez v. Redwood Springs Healthcare Center*
U.S.D.C. Eastern District of California Docket Number: 20-cv-1260

Case Name: *Gonzalez v. Fair Havens OPCO, LLC*
Miami-Dade County Circuit Court Docket Number: 2020-018640-CA-01

Case Name: *Gunter CCRC Opco Freedom Square, LLC, et al.*
U.S.D.C. Middle District of Florida Docket Number: 20-cv-1546

Case Name: *Hatcher v. HCP Prairie Village KS OPCO LLC, et al.*
U.S.D.C. District of Kansas Docket Number: 20-cv-2374

Case Name: *Hendrix v. Arbor Terrace at Cascade, LLC et al.*
U.S.D.C. Northern District of Georgia Docket Number: 20-cv-2326

Case Name: *Hollingworth v. Life Care Centers of America, Inc., et al.*
U.S.D.C. of New Mexico Docket Number: 20-cv-964

Case Name: *Hopman, et al. v. Sunrise Villa Culver City, et al.*
Los Angeles Superior Court, Los Angeles County Docket Number: 20STCV25558

Case Name: *Ivey v. Serrano Post Acute, LLC*
Los Angeles Superior Court, Los Angeles County Docket Number: 20STCV24087

Case Name: *Jones v. St. Jude Operating Company LLC*
U.S.D.C. of Oregon: 20-cv-1088

Case Name: *Khalek v. South Denver Rehabilitation, LLC, et al.*
U.S.D.C. District of Colorado Docket Number: 20-cv-2240

Case Name: *Leroy, et al. v. Hume, et al.*
New York Supreme Court, Kings County Docket Number: 519076/2020

Case Name: *Lilly v. SSC Houston Southwest Operating Co., LLC, et al*
U.S.D.C. Southern District of Texas Docket Number: 20-cv-3478

Case Name: *Lyons v. Cucumber Holdings, LLC*
Los Angeles Superior Court, Los Angeles County Docket Number: 20STCV32701

Case Name: *Mann v. Arbor Terrace at Cascade, LLC et al.*
U.S.D.C. Northern District of Georgia Docket Number: 20-cv-2325

Case Name: *Martin v. Serrano Post Acute LLC, et al.*

3

Ninth Circuit Court of Appeals Docket Number: 20-56067, 20-56078

Case Name: *McWhorter v. Arbor Terrace at Cascade, LLC et al.*
U.S.D.C. Northern District of Georgia Docket Number: 20-cv-2327

Case Name: *McWhorter v. Arbor Terrace at Cascade, LLC et al.*
U.S.D.C. Northern District of Georgia Docket Number: 20-cv-2328

Case Name: *Milanes v. Alaris Health*
New Jersey Superior Court, Hudson County Docket Number: HUD-L-001582-20

Case Name: *Montoya v. Life Care Centers of America, Inc., et al.*
U.S.D.C. of New Mexico Docket Number: 20-cv-1131

Case Name: *Nava v. Parkwest Rehabilitation Center, et al.*
U.S.D.C. Central District of California Docket Number: 20-cv-7571

Case Name: *Norman v. Dallas Texas Healthcare, LLC, et al.*
U.S.D.C. Northern District of Texas Docket Number: 20-cv-3022

Case Name: *Nunez v. Life Care Centers of America, Inc., et al.*
U.S.D.C. of New Mexico Docket Number: 20-cv-1080

Case Name: *Parker v. St. Jude Operating Company LLC*
U.S.D.C. of Oregon Docket Number: 20-cv-1325

Case Name: *Pabey v. Isabella Geriatric Center, Inc.*
New York Supreme Court, New York County Docket Number: 154950/2020

Case Name: *Peshlakai v. Life Care Centers of America, Inc., et al.*
U.S.D.C. of New Mexico Docket Number: 20-cv-1157

Case Name: *Reynolds v. The Waterford at College Station, et al.*
U.S.D.C. Southern District of Texas Docket Number: 20-cv-2957

Case Name: *Rivera-Zayas v. Our Lady of Consolation Geriatric Care, et al.*
New York Supreme Court, Kings County Docket Number: 509369/2020

Case Name: *Russell v. Irving Place Associates*
U.S.D.C. Western District of Louisiana Docket Number: 20-cv-805

Case Name: *Saldana v. Glenhaven Healthcare, et al.*
U.S.D.C. Central District of California Docket Number: 20-cv-5631

Case Name: *Shapnik v. Hebrew Home for the Aged, et al.*
U.S.D.C. Southern District of New York Docket Number: 20-cv-6774

Case Name: *Sniadac v. Walsh et al.*
U.S.D.C. District of Massachusetts Docket Number: 20-cv-30115

Case Name: *Solomon v. St. Joseph Hospital & Catholic Health System of Long Island*
U.S.D.C. Eastern District of New York Docket Number: 20-cv-3213

Case Name: *Thomas v. Century Villa, Inc.*
Los Angeles Superior Court, Los Angeles County Docket Number: 20STCV34928

Case Name: *Torres v. Honest Medical Transport*
New Jersey Superior Court, Union County Docket Number: UNN-L-1856-20

Case Name: *Trant v. The Waterford at College Station, et al.*
U.S.D.C. Southern District of Texas Docket Number: 20-cv-2959

Case Name: *Trujillo v. Life Care Centers of America, Inc., et al.*
U.S.D.C. of New Mexico Docket Number: 20-cv-11158

Case Name: *Walsh v. SSC Westchester Operating Co., LLC*
U.S.D.C. Northern District of Illinois Docket Number: 20-cv-4505

Case Name: *Ward v. Life Care Centers of America, Inc., et al.*
U.S.D.C. of New Mexico Docket Number: 20-cv-1159

Case Name: *Winn v. California Post Acute, LLC*
Los Angeles Superior Court, Los Angeles County Docket Number: 20STCV40964

Case Name: *Wooten v. Life Care Centers of America, Inc., et al.*
U.S.D.C. of New Mexico Docket Number: 20-cv-1077

Case Name: *Yellowman v. Life Care Centers of America, Inc., et al.*
U.S.D.C. of New Mexico Docket Number: 20-cv-1132

Case Name: *Zelig v. CityMD, et al*
U.S.D.C. Southern District of New York Docket Number: 20-cv-8375

4837-0270-1004

## CERTIFICATE OF SERVICE
## FOR CASE NUMBER 20-3287

I hereby certify that on November 24, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system.

**APPELLANT'S CIVIL APPEAL INFORMATION STATEMENT**

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

　　　　　　　　　　　　　　　　　　　*/s/ Janis Kent*
　　　　　　　　　　　　　　　　　　　Janis Kent